# United States Court of Appeals
## For the First Circuit

No. 16-1130

BELSITO COMMUNICATIONS, INC., d/b/a 1st Responder Newspaper;
BRIAN K. BLACKDEN,

Plaintiffs, Appellants,

v.

JAMES DECKER, New Hampshire State Trooper; COLONEL ROBERT L.
QUINN, Director of the Division of State Police, New Hampshire
Department of Safety,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**ERRATA SHEET**

The opinion for this Court issued December 23, 2016 is

amended as follows:

On page 16, line 15:  change "Balckden" to "Blackden"